```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 25701
   SAM COTTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9773

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/09/2004 and was confirmed 09/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
NATIONWIDE COMMERCIAL LP  SECURED                 .00           .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED           .00           .00
AUTO CAPITAL ENTERPRISES  UNSECURED          3682.69           .00       3682.69
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      210.00           .00        210.00
ILLINOIS DEPT OF REVENUE  PRIORITY           205.97           .00        205.97
ILLINOIS DEPT OF REVENUE  UNSECURED           30.75           .00         30.75
INTERNAL REVENUE SERVICE  UNSECURED          3725.89           .00       3725.89
NCO FINANCIAL             UNSECURED          232.00           .00        232.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       1,500.00                    1,500.00
TOM VAUGHN                TRUSTEE                                         500.37
DEBTOR REFUND             REFUND                                          223.41

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,311.08

PRIORITY                                         415.97
SECURED                                             .00
UNSECURED                                       7,671.33
ADMINISTRATIVE                                  1,500.00
TRUSTEE COMPENSATION                              500.37
DEBTOR REFUND                                     223.41
                        ---------------        ---------------
TOTALS                  10,311.08              10,311.08
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 25701 SAM COTTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/13/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE